IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ONEWEST BANK, FSB<br><br>   Plaintiff,<br>v.<br><br>INDYMAC FUNDING LLC,<br>INDYMAC PROPERTIES LLC,<br>INDYMAC COMMERCIAL PROPERTIES, LLC,<br>INDYMAC FLORIDA RENTALS, LLC<br>BARRY BERGMAN, and LISA BERGMAN<br><br>   Defendants. | Case No. 12-62101-Civ-SCOLA |

## JOINT MOTION FOR APPROVAL AND
## ENTRY OF CONSENT INJUNCTION AND FINAL ORDER

The parties hereby move the Court for approval and entry of the proposed Consent Injunction and Final Order attached hereto as Exhibit 1. The parties concur that the proposed Consent Injunction and Final Order is fair and reasonable, and fully reflects the agreements and stipulations reached between the parties. The parties respectfully request that the proposed Consent Injunction and Final Order be entered by the Court.

_/s/ Terri E. Meyers_
Terri E. Meyers
Florida Bar No.: 881279
Kluger, Kaplan, Silverman, Katzen & Levin
201 South Biscayne Blvd., Suite 1700
Miami, FL 33131
Telephone: (305) 379-9000
Email: tmeyers@klugerkaplan.com

B. Brett Heavner
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue NW
Washington, D.C. 20001
Telephone: 202-408-4073
Email: b.brett.heavner@finnegan.com
Attorneys for Plaintiffs

_/s/_ FRN 76648  Steven Sarrell
Jordana Sarrell, Esq.
Sarrell, Sarrell & Bender, P.L
5455 N. Federal Highway, Suite J
Boca Raton, FL 33487
Telephone: (561) 807-7107
Email: Jordana@Sarrellaw.com

Attorney for Defendants